# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-00010-01-CR-W-RK |
| ) | |
| KENYON MINOR, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence (Doc. 12) in which Defendant requests that the Court suppress all evidence and testimony obtained as a result of a warrantless search and seizure of his person and a vehicle in which he was a passenger on February 20, 2014; and all statements made by the Defendant during the stop and search and the statement made following his arrest on the basis that such was procured in violation of the Fourth Amendment.

On September 24, 2015, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing on the motion to suppress.

On November 5, 2015, Judge Maughmer issued his Report and Recommendation (Doc. 36). On November 16, 2015, Defendant filed his Objections to the Report and Recommendation (Doc. 39).

Upon careful and independent review of the pending motion, Defendant's objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. 12) is OVERRULED and DENIED.

SO ORDERED.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED:  November 24, 2015